**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MELANIE NILIUS NOWLIN**                                   **PLAINTIFF**

**v.**                                   **3:26-cv-114-DPM**

**JAY PAUL WOODS, In His Individual and
Official Capacities as Mayor;  JONATHAN
REDMAN, In His Individual and Official
Capacities as Police Chief;  JOHN REVIS
KEMPER, In His Individual and Official
Capacities as Fire Chief; LENNY BECKER,
In His Individual and Official Capacities as
Law Enforcement Officer; and
CITY OF TRUMANN**                                   **DEFENDANTS**

**INITIAL ORDER FOR *PRO SE* PLAINTIFFS**

You have chosen to represent yourself in this federal lawsuit without a lawyer's help.  Even though you're not a lawyer, there are rules and procedures you must follow in a lawsuit.

**1.  Follow All Court Rules.**  You must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas.  These rules are available online at these websites:

- http://www.uscourts.gov/rules-policies/current-rules-practice-procedure

- http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules

In particular, Local Rule 5.5(c)(2) explains requirements for parties who aren't represented by a lawyer:

- If your address changes, you must promptly notify the Clerk and the other parties in the case.
- You must monitor the progress of your case and defend it diligently.
- You must sign all papers filed with the Court;  and each paper you file must include your current address.

2.   **No Right to Appointed Counsel.**  This is a civil case.  Unlike in a criminal case, you have no right to an appointed lawyer.  If your case goes to a jury trial, though, the Court may appoint a lawyer to help you before trial.

3.   **Do Not File Your Discovery Requests.**  Discovery requests— like interrogatories and requests for documents—should not be filed with the Court.  Instead, discovery requests should be sent to the Plaintiff's lawyer.  But don't send any discovery requests to a Plaintiff until you and plaintiff's lawyer have discussed your claims, the option of settlement, and a discovery plan.

4.  **Only Send Documents to the Court in Three Situations.** You may send documents or other evidence to the Court only if (a) they are attached to a motion for summary judgment, (b) they are attached to your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

**5.  Provide a Witness List Before Trial.**  If your case goes to trial, you'll be asked for an exhibit list and witness list as your trial date approaches.  After reviewing the witness list, the Court will subpoena necessary witnesses for you.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>6 July 2026</u>