**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MELANIE NILIUS NOWLIN** **PLAINTIFF**

**v.** **No. 3:26-cv-114-DPM**

**JAY PAUL WOODS, In His Individual and Official Capacities as Mayor; JONATHAN REDMAN, In His Individual and Official Capacities as Police Chief; JOHN REVIS KEMPER, In His Individual and Official Capacities as Fire Chief; LENNY BECKER, In His Individual and Official Capacities as Law Enforcement Officer; and CITY OF TRUMANN** **DEFENDANTS**

**ORDER**

Nowlin filed an amended complaint without first seeking the Court's permission to do so. Fed. R. Civ. P. 15(a)(1) & (2). The Court strikes it, *Doc. 23*. If Nowlin wishes to amend her complaint, she must comply with Rule 15 and the "Amending Pleadings" section of the draft Final Scheduling Order, *Doc. 15 at 4*.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

5 August 2026